UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| ANTERNITIA O'NEAL, ADMINISTRATOR, | : | Case No. 1:12-CV-00971 |
| | : | |
| | : | Judge S. Arthur Spiegel |
| Plaintiff | : | |
| | : | |
| vs. | : | NOTICE OF FILING |
| | : | |
| ORLANDO SMITH, *et al.*, | : | |
| | : | |
| Defendants | | |

The Plaintiff, by and through counsel, gives notice of the filing of the deposition transcripts of Ryan Olthaus and Nathan Asbury taken on February 13, 2014.

/s/Benjamin M. Maraan II
BENJAMIN M. MARAAN II (0053661)
Counsel for Plaintiff
Fourth & Walnut Centre
105 East Fourth Street, Suite 705
Cincinnati, Ohio 45202
Telephone: (513) 448-7024
Email: bmaraanlaw@yahoo.com

**CERTIFICATE OF SERVICE**

This is to certify that the forgoing was electronically filed this 20th day of June, 2014, with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

/s/Benjamin M. Maraan II
BENJAMIN M. MARAAN II