# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION (AT CINCINNATI)

| | | |
|---|---|---|
| ANTERNITIA O'NEAL, et al., | : | Case No. 1:12-cv-00971 |
| Plaintiffs, | : | Judge Spiegel<br>Magistrate Judge Bowman |
| v. | : | |
| ORLANDO SMITH, et al., | : | |
| Defendants. | : | |

## ORDER

This matter is before the Court of Diane E. Huff's Motion to Withdraw as Counsel for plaintiffs Anternitia O'Neal, individually and as the Administrator of the Estate of Dontez O'Neal, deceased; and Robert Matthews (doc. 30). The ground for this motion is that the movant is no longer affiliated with the law firm of Eric C. Deters & Partners, P.S.C., and that the attorneys of said firm will continue to represent the plaintiffs. The Court having heard counsel and being sufficiently advised grants this Motion.

IT IS SO ORDERED as follows:

1. That the Diane E. Huff's Motion to Withdraw as Counsel for Plaintiffs Anternitia O'Neal, individually and as the Adminstratix of the Estate of Dontez O'Neal, deceased; and Robert Matthews, be, and it is, GRANTED; and
2. That Diane E. Huff be, and she is, relieved from any further responsibility and participation in this case as co-counsel for Plaintiffs.

SO ORDERED.

Date: 8/14/15

S. ARTHUR SPIEGEL
United States Senior District Judge