UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ANTERNITIA O'NEAL, *et al.*,

        Plaintiff/Appellant,                      Case No. 1:12-cv-971

vs.

                                                      Black, J.
                                                      Bowman, M.J.

ORLANDO SMITH,

        Defendant/Appellee.

## ORDER

This matter is before the Court on plaintiff/appellant Anternitia O'Neal's motion for leave to proceed *in forma pauperis* on appeal pursuant to 28 U.S.C. § 1915. (Doc. 37). It appears from plaintiff/appellant's affidavit that she lacks the funds to pay the costs or give security for such costs in this appeal. The Court therefore grants the motion and hereby authorizes appeal of this action without prepayment of fees or costs.

A copy of this Order shall be sent to the Clerk of the Sixth Circuit Court of Appeals.

**IT IS SO ORDERED**.

                                                      *s/ Stephanie K. Bowman*
                                                      Stephanie K. Bowman
                                                      United States Magistrate Judge