# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: July 13, 2015

Mr. Robert Matthews          Last known address
843 Lexington Avenue
Apt. #3
Cincinnati, OH 45229

            Re:   Case No. 15-3177, *Anternitia O'Neal, et al v. Orlando Smith, et al*
                 Originating Case No. : 1:12-cv-00971

Dear Mr. Matthews:

   The Court issued the enclosed Order today in this case.

                                    Sincerely yours,

                                    s/Robin L. Johnson
                                    Case Manager
                                    Direct Dial No. 513-564-7039

cc: Mr. Donald E. Hardin
     Ms. Catherine E. Howard
     Mr. Richard W. Nagel
     Ms. Anternitia O'Neal (pertains to Case No. 15-3177 only)
     Mr. Peter Justin Stackpole

Enclosure

No mandate to issue

Case No. 15-3177

**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

**ORDER**

ANTERNITIA O'NEAL, individually and as the Administrator of Dontez O'Neal, Deceased

      Plaintiff

 and

ROBERT MATTHEWS

      Plaintiff - Appellant

v.

ORLANDO SMITH; OFFICERS JOHN DOE, 1-5; OFFICERS JANE DOE, 1-5

      Defendants - Appellees

    Appellant having failed to provide the court with updated contact information resulting in the case not being able to proceed,

  It is therefore **ORDERED** that this cause be, and it hereby is, dismissed for want of prosecution.

                                  **ENTERED PURSUANT TO RULE 45(a),**
                                  **RULES OF THE SIXTH CIRCUIT**
                                  Deborah S. Hunt, Clerk

Issued: July 13, 2015